UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Howard Roach,<br><br>              Plaintiff,<br><br>vs.<br><br>Unum Life Insurance Company of America;<br>Compass Bancshares Inc.; Compass<br>Bancshares Employee Disability Plan,<br><br>              Defendants. | No. CV-10-02736-PHX-DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to a stipulation between the parties (Doc. 13), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is dismissed with prejudice. Each party will bear its own attorneys' fees and costs.

Dated this 29th day of July, 2011.

_____
David G. Campbell
United States District Judge

2427443.1